IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE IVY, | No. CIV S-10-0953-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
|     Defendant. | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On April 8, 2011, the court directed plaintiff to show cause why this action should not be dismissed for failure to inform the court regarding his election to proceed before the Magistrate Judge for all purposes. Plaintiff filed his consent election form on April 11, 2011. The order to show cause is, therefore, discharged.

      IT IS SO ORDERED.

DATED: April 14, 2011

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

1